# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**SONYA DENISE JOHNSON**<br><br>*Defendants.* | FILED<br>FEB - 8 2022<br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By _____ Deputy Clerk<br><br>**SEALED**<br><br>Case No. **CR 22-022-RAW** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about October 12, 2021, in the Eastern District of Oklahoma, the Defendant, **SONYA DENISE JOHNSON**, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Kevin Cheung*

KEVIN CHEUNG, NY Registration #4995916
Assistant United States Attorney